AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Harrell) 25-187

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT HARE<br>a/k/a "dadfranklin"<br><br><br>_Defendant(s)_ | )<br>)<br>) Case No. 25-mj-1884<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __see attached affidavit__ in the county of __Lancaster__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(c) | Sexual exploitation of children |
| 18 USC 2252(a)(2) | Distribution and attempted distribution of child pornography |

This criminal complaint is based on these facts:
See Attachment A

☐ Continued on the attached sheet.

/s/ Gabriel Fabian
_Complainant's signature_

Gabriel Fabian, HSI Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____

Elizabeth T. Hey
Digitally signed by Elizabeth T. Hey
Date: 2025.09.11 21:48:45 -04'00'

_Judge's signature_

City and state: Philadelphia, PA

Honorable Elizabeth T. Hey, USMJ
_Printed name and title_

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

I, Gabriel Fabian, a Special Agent with the Pennsylvania Office of Attorney General, and federally sworn Task Force Officer (TFO) with Homeland Security Investigations, being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I have been employed as a Special Agent (SA) by the Pennsylvania Office of Attorney General, (PAOAG) since August 2016. I am currently assigned to Human Trafficking Section. I was previously assigned to the Child Predator Section. I am also assigned to the Internet Crimes Against Children (ICAC) Task Force, which is comprised of Federal, State, and Local Law Enforcement. The task force is responsible for conducting undercover online investigations, responding to complaints regarding children sexually exploited via the Internet, conducting community education programs, and monitoring of the Internet for the bartering in child pornography.

2. I have been involved in many child exploitation investigations and have assisted federal and state partners during their investigations. As such, I have become familiar with ways that child pornography is shared, distributed, and/or produced, including the use of various social media websites (Facebook, Twitter, Kik, Snap Chat, Discord, etc.), "cloud" based storage, and peer-to-peer (P2P) networks. Often, individuals involved in child exploitation will collect or store images and/or videos on various media devices they keep at their residences, or in offsite locations such as "cloud" based storage. I have worked with agents involved in numerous investigations involving the sexual exploitation of children or the distribution, receipt, and possession of child pornography. I have participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple child pornography

1

investigations. I have participated in interviews of persons who possess and distribute child pornography.

3. In September 2018, I was cross-designated by the United States Department of Homeland Security, Homeland Security Investigations as a Task Force Officer (TFO) detailed to the Philadelphia Office – Child Exploitation and Human Trafficking Group. As such, I am qualified as an investigative/law enforcement officer under 18 U.S.C. §2510 (7).

4. This affidavit is made in support of a criminal complaint charging **ROBERT HARE**, a/k/a "**dadfranklin**," date of birth February xx, 1954, with sexual exploitation of children, in violation of 18 U.S.C. § 2251(c), on or about February 23, 2022 (Count One), and distribution and attempted distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about March 30, 2022 (Count Two).

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the arrest of **ROBERT HARE**.

## FACTS SUPPORTING PROBABLE CAUSE

6. Since November 2022, Australian authorities and Homeland Security Investigations have been investigating an imgsrc.ru user known as "dadfranklin." Imgsrc.ru is a website known to be involved in the sexual exploitation of children (hereinafter "IMGSRC"). The user "dadfranklin" was identified as having posted more than 100 images between at least 2022 to

2

2023, most of which qualify as child pornography, and which depict prepubescent children in various stages of undress, naked, and in sexually suggestive poses.

7. One of the albums posted by the user "dadfranklin" on IMGSRC contained approximately 68 images, the majority of which depicted an approximately seven-year-old prepubescent female child, as well as a younger prepubescent child, who appeared to be between approximately three and five years old. For purposes of this affidavit, the seven-year-old child will be referred to as Minor Victim-1 ("MV-1"), and the younger child will be referred to as Minor Victim-2 ("MV-2"). MV-1 was depicted in various poses in what appeared to be a private bedroom with a bed. MV-1 was photographed wearing different dresses, under the bedsheets with her head only visible, naked in the shower with her genitals not visible, naked lying on a bed with her genitals not visible. MV-1 also was photographed in sexually suggestive poses, such as her mouth open close to the camera, lying on the bed with her legs splayed open wearing a short dress that came to her upper thigh, and bent over on the bed with her clothed buttocks pointed towards the camera Many of these images seem to have been created in the same room, and the bedsheets on the bed in many of these images appear to be the same, consistent with the images likely being created around the same time. A tripod and camera equipment also visible in the background of some of the images. MV-2 was photographed wearing a dress in various poses, some of which were sexually suggestive, such as sitting with her legs splayed open and her dress sitting at mid-thigh.

8. Between November 2022 and February 2023, an undercover officer communicated with "dadfranklin" and received naked and sexually suggestive images of MV-1. One such file depicted MV-1 wearing a short dress, and a camera tripod was visible in the background. In one of the photographs, MV-1 was bent over at the waist onto the bed with her dress lifted. The dress

3

was sitting on the middle of the child's back as if it had been placed there by another individual. MV-1 was not wearing any underwear, and her buttock was visible and the primary focal point of the image. However, the child's anus and vagina were not visible.

9.     During these undercover communications, "dadfranklin" told the officer, "She likes to shower, loves to cuddle and kiss in bed. Kissing is her favorite thing." Data embedded on some of the abuse imagery indicates that the images were created on February 23, 2022. MV-1 and MV-2 have been tentatively identified and likely reside in an orphanage in the Dominican Republic.

10.     Based on a multi-year investigation, "dadfranklin" was identified as Robert HARE, who resides on the 400 block of Manor Street in Lancaster, Pennsylvania. According to border crossing records, HARE traveled to the Dominican Republic over 50 times between 2006 to 2024. One of these many trips occurred between February and March 2022, when HARE departed from and returned to the Philadelphia International Airport.

11.     HARE was identified as "dadfranklin" through Internet Protocol (IP) analysis of online activity of HARE's Microsoft account (robert@bluecoverrealty.com) and the online activity of various online personas and email addresses associated to "dadfranklin." This was further confirmed by an in-depth analysis of activity of HARE's personal email accounts and Amazon records. For example, a review of IP logs from HARE's Amazon account revealed the use of identical IP addresses in close proximity to when the same IP addresses were being utilized to access all the IMGSRC accounts belonging to "dadfranklin."

12.     Several Mega[1] cloud-based storage accounts were also located and identified as being associated with HARE. One Mega account, dadfranklin@yandex.com, distributed child

---

[1] Mega, or Mega NZ, is a user-controlled, encrypted, could-based data storage and file hosting service offered by Mega Limited, an Auckland, New Zealand-based company, which is known for its end-to-end encryption security feature.

4

sexual abuse material on or about March 30, 2022, via the internet using a public link. **(Count Two – Distribution and attempted distribution of child pornography.)** During review of IP logs, investigators observed that the account was accessed dozens of times from various IP addresses resolving to Pennsylvania, as well as several instances where the same IP address used to access this Mega account was also used to access HARE's Microsoft account.

13.     Using law enforcement Mega credentials, investigators were able to access the link created by dadfranklin@yandex.com and downloaded the contents. In summary, investigators observed that the link contained 27 videos that depicted the sexual abuse of prepubescent children. One such example was a video with filename "PTHC NEW Baby Nice Orgasm From 3yo Girl 2011." This video depicted an adult male manually stimulating the vagina of a prepubescent female child, who appeared to be approximately two to four years old. As further discussed below, the login credentials for this Mega account were discovered on a hand-written note during a search of HARE's residence on September 11, 2025.

### HSI Executes Search Warrant on HARE's Person and Residence

14.     On September 11, 2025, law enforcement executed a federal search warrant for HARE's residence, person, and vehicle, approved by the Honorable Carol Sandra Moore Wells, in 25-mj-1831. At approximately 9:00 a.m., investigators observed HARE drive away from his residence. Shortly after departing, and based on the above warrant, HARE was stopped and ultimately detained.

15.     The search of HARE's residence revealed that HARE appeared to live alone. During the search, investigators located several digital devices, including a Dell Latitude 3189 laptop, a Western Digital 1TB external hard drive that was connected to the laptop, and a black Toshiba 500GB hard drive. Investigators conducted a preliminary forensic review of the digital

5

devices, and found a large collection of images and videos depicting the sexual abuse of prepubescent children.

16. In addition to locating a large collection of child sex abuse material on HARE's digital devices, some of which is described below, investigators also found corroborative evidence that HARE was, in fact, the online persona "dadfranklin." Specifically, investigators found several hand-written notes that had various login credentials for "dadfranklin," including for the Mega account dadfranklin@yandex.com.

Dell Latitude 3189 Laptop

17. During a preliminary forensic review, investigators located multiple video files that depicted HARE engaged in hands-on sexual abuse of a prepubescent child believed to be MV-1.

18. For example, investigators located a video file, approximately 15 minutes, 32 seconds in length, that depicted HARE masturbating in a bathtub in the presence of a girl who appears to be MV-1 when she was approximately four years old. During the video, HARE instructs the child to assist him in masturbating and HARE physically places the child's hands on his penis. According to a review of metadata associated with this video, the file was likely modified and/or created on or about March 28, 2019.[2]

19. Investigators located another video file, approximately 4 minutes and 41 seconds in length that depicted HARE performing multiple violent sexual acts on a girl who appears to be MV-1 when she was approximately four years old. The video depicts HARE performing oral sex

---

[2] According to travel records, HARE departed Bradley International Airport in Windsor Locks, Connecticut on March 27, 2019, and arrived at Gregorio Luperón International Airport in Puerto Plata, Dominican Republic. HARE then returned to the United States on April 6, 2019, back to Bradley International Airport.

6

on MV-1 while strangling her for approximately 23 seconds with one of his hands fully wrapped around her throat and his other hand on the back of her head. MV-1 appears to be in significant distress while being strangled, and her eyes are bulging. HARE also inserts a vibrator into MV-1's vagina and eventually ejaculates onto MV-1's face. According to a review of metadata associated with this video, it appears that the file was likely modified and/or created on or about May 27, 2019.[3]

Black Toshiba 500GB Hard Drive

20. During a preliminary forensic review, investigators located a file with filename "20220223_142205" that was approximately 44 seconds long. Based on my training and experience, the filename "20220223" is likely reflective of the date when the file was created. As such, I believe this file was created on or about February 23, 2022, at approximately 2:22:05 p.m., when HARE was confirmed to be in the Dominican Republic. The video depicts MV-1 using her hands to masturbate an adult white male whose face is not visible. The setting of this video, including the tile floor, bedsheets, and depiction of MV-1, is consistent with the other videos and images of MV-1 shared by "dadfranklin" and described above in paragraphs 7 and 8. According to travel records, HARE flew from Philadelphia International Airport to Gregorio Luperón International Airport in Puerto Plata, Dominican Republic on February 21, 2022. HARE then returned to the United States on March 10, 2022, via Gregorio Luperón International Airport in Puerto Plata, Dominican Republic to Philadelphia International Airport. **(Count One – Sexual Exploitation of Children).**

---

[3] According to travel records, HARE departed Bradley International Airport in Windsor Locks, Connecticut on May 18, 2019, and arrived at Gregorio Luperón International Airport in Puerto Plata, Dominican Republic. HARE then returned to the United States on May 28, 2019, back to Bradley International Airport.

CONCLUSION

21. Based upon the information above, I respectfully submit that there is probable cause to believe that ROBERT HARE, date of birth February xx, 1954, committed violations of 18 U.S.C. § 2251(c) (Sexual Exploitation of Children) on or about February 23, 2022, and 18 U.S.C. § 2252(a)(2) (distribution and attempted distribution of child pornography) on or about March 30, 2022.

22. Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of ROBERT HARE.

Respectfully submitted,

*/s/ Gabriel Fabian*
Gabriel Fabian
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed
before me telephonically.

Elizabeth T. Hey
Digitally signed by Elizabeth T. Hey
Date: 2025.09.11 21:49:56 -04'00'

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

## ATTACHMENT A

### Count One – Sexual Exploitation of Children, 18 U.S.C. § 2251(c)

On or about February 23, 2022, defendant ROBERT HARE employed, used, persuaded, induced, enticed, and coerced a minor, who had not attained the age of 18 years, to engage in sexually explicit conduct outside of the United States, its territories or possessions, for the purpose of producing a visual depiction of such conduct, and transported such visual depiction to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce.

### Count Two – Distribution and Attempted Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2)

On or about March 30, 2022, in the Eastern District of Pennsylvania and elsewhere, defendant ROBERT HARE knowingly distributed and attempted to distribute any visual depiction using any means and facility of interstate and foreign commerce, that is, the Internet, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.